United States District Court
for the District Of New Jersey

| | |
|---|---|
| UNITED STATES ex rel. JEFFREY ZWIRN,<br><br>Relator,<br>v.<br>ADT SECURITY SERVICES, INC.; TYCO INTERNATIONAL LTD.; TYCO INTEGRATED SECURITY LLC,<br><br>Defendants. | Civil No.: 10-2639 (KSH)<br><br>**Order** |

This matter having come before the Court on the defendant's motion to dismiss [D.E. 13], and for the reasons expressed in the accompanying opinion [D.E. 21],

**IT IS**, on this 30th day of June, 2014,

**ORDERED** that the motion to dismiss [D.E. 13] is **GRANTED**; and is further

**ORDERED** that the Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.